IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO QUANT,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　Respondent(s). | No. C 11-0001 CRB (PR)<br><br>ORDER OF TRANSFER |

  Petitioner seeks federal habeas review of a conviction and sentence from Orange County Superior Court, which lies within the venue of the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Petitioner is currently on supervised probation in Santa Clara County, which lies within the venue of this judicial district. See id. § 84(a).

  Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1   Because Orange County lies in the Southern Division of the Central District of
2   California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local
3   Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the
4   United States District Court for the Central District of California, Southern Division.
5   The clerk shall transfer this matter and terminate all pending motions as moot.
6   SO ORDERED.
7   DATED:  Jan. 18, 2011
    _____
    CHARLES R. BREYER
8   United States District Judge

G:\PRO-SE\CRB\HC.11\Quant, A1.transfer.wpd

2